UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BEATRICE A. PERRERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:04-CV-277-C |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on June 22, 2005. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Dated this 18th day of July, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT